IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| John Cabello, in his individual capacity, and on behalf of all citizens of the State of Illinois similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Governor Jay Robert Pritzker, in his official capacity,<br><br>　　　　Defendant. | No. 20 C 50169 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Governor JB Pritzker ("Governor") hereby removes to this Court the State Court Action described below.

1. On April 29, 2020, Plaintiff commenced an action in the Circuit Court for the Seventeenth Judicial Circuit, Winnebago County, Illinois, captioned *John Cabello, in his individual capacity, and on behalf of all citizens of the State of Illinois similarly situated v. Governor Jay Robert Pritzker, in his official capacity*, No. 2020-CH-0000210 ("State Court Action"). Plaintiff's *Verified Complaint for Declaratory Judgment and Injunctive Relief* ("Complaint") filed in the State Court Action on April 29, 2020, is attached as Exhibit 1.

2. The Governor is the only defendant named in the State Court Action. The Governor received a copy of the Complaint on April 29, 2020. The Governor's Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b)(1) because it is filed in this Court within 30 days of receiving a copy of the Complaint.

3. The State Court Action is removable pursuant to 28 U.S.C. § 1441(a) because it arises under the Constitution, laws, or treaties of the United States and therefore the Court has

original jurisdiction over it pursuant to 28 U.S.C. § 1331. The State Court Action arises under the Constitution, laws, or treaties of the United States because Count III of the Complaint seeks a declaration that certain executive orders issued by the Governor in response to the COVID-19 pandemic "violate[ ] the procedural due process rights of Cabello, and all citizens similarly situated" under the U.S. and Illinois Constitutions and "violate[ ] the substantive due process rights of Cabello, and all citizens similarly situated" under the U.S. and Illinois Constitutions. Complaint Count III prayer for relief ¶¶ A–B. Plaintiff alleges that the Governor's executive orders "have left every citizen of this state completely devoid of any procedural due process rights to protect their liberty afforded them by the United States and Illinois Constitutions." *Id.* ¶ 114. Plaintiff further alleges that his and other Illinoisans' "fundamental right[s] . . . of free movement to leave their homes and engage in activities as they so desire were arbitrarily stripped away" by the Governor's executive orders "without due process of law as required by the United States Constitution [and] the Illinois Constitution." *Id.* ¶ 50.

      For all these reasons, the Governor removes the State Court Action to this Court.

Date: May 12, 2020

KWAME RAUOL
Illinois Attorney General

R. Douglas Rees
Thomas J. Verticchio
Christopher G. Wells
Darren Kinkead
Isaac Freilich Jones
Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois  60601
312-814-3000

*Counsel for the Governor*

Respectfully submitted,

/s/ *R. Douglas Rees*

Deputy Attorney General, Civil Division

Office of the Illinois Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois  60601
312-814-3498
rrees@atg.state.il.us

## CERTIFICATE OF SERVICE

I certify that on May 12, 2020, I caused a copy of the foregoing *Notice of Removal* to be served on the following counsel of record for Plaintiff in the State Court Action via the email addresses listed below:

Thomas G. DeVore
Erik Hyam
DeVore Law Offices, LLC
118 N. 2nd St.
Greenville, IL 62246
618-664-9439
tom@silverlakelaw.com
erik@silverlakelaw.com

Austin Scott Davies
415 S. Mulford Road
Rockford, IL 61108
815-900-2300
attorneyaustindavies@gmail.com

                                                         /s/ R. Douglas Rees